# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| KWADWO OPPONG-PEPRAH,<br><br>      Petitioner,<br><br>vs.<br><br>ERIC HOLDER, JANET NAPOLITANO, SCOTT BANIECKE, WARDEN,<br><br>      Respondents. | No. C11-0140-LRR<br><br>ORDER |

      This matter is before the court on the petitioner's application for a writ of habeas corpus. The petitioner submitted such application on December 23, 2011. The paid the required filing fee on January 3, 2011.

      Currently confined at the Douglas County Jail in Omaha, Nebraska, the petitioner brings this action under 28 U.S.C. § 2241 to challenge the legality of his confinement. An application for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district court where the petitioner is confined or the district court where the conviction occurred. 28 U.S.C. § 2241(d). In furtherance of justice, the district court in which the application is filed may transfer the application to the other district court. *Id*. Here, the petitioner cites *Braden v. 30th Judicial Circuit Ct. of Ky.*, 410 U.S. 484, 494-500, 93 S. Ct. 1123, 35 L. Ed. 2d 443 (1973), acknowledges that he is residing in Nebraska and challenges his custody on the basis that his removal from the United States is taking too long. The court concludes that jurisdiction is not proper in this district. Further, rather than transfer the application forthwith to the United States District Court for the District of Nebraska, the court concludes that the action should be dismissed

without prejudice because the petitioner already has a pending action in the United States District Court for the District of Nebraska. *See, e.g., Oppong-Peprah v. Holder*, 2011 U.S. Dist. LEXIS 147282 (D. Neb. 201_).

**IT IS SO ORDERED**.

**DATED** this 3rd day of January, 2012.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA